UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23705-CIV-LENARD

FILED by AC D.C.
NOV 15 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. "JOHN DOE" )<br><br>Plaintiff, )<br>vs. )<br> )<br>MARTHA C. OROZCO; RAUL MORAL; )<br>CM LAB, INC.; MORAL MARKETING )<br>SERVICES, INC.; et al. )<br>Defendants. ) | **FILED <u>IN CAMERA</u> AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730** |

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests

that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim under 31 U.S.C. § 3730(e)(4). The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: November 15, 2011
Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
MARK A. LAVINE
Fla. Bar No. 648876
Mark.lavine@usdoj.gov
Assistant U.S. Attorney
99 N.E. 4th Street, 3rd Floor
Miami, FL 33132
Phone: (305) 961-9003
Fax: (305) 536-4101
Attorneys for United States of America

## CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true and correct copy of the foregoing **NOTICE OF ELECTION TO DECLINE INTERVENTION** was served via U.S. Mail to those individuals identified on the attached Service List this 15 day of November, 2011:

_____
Mark A. Lavine
Assistant United States Attorney

## SERVICE LIST

*United States of America ex rel. John Doe*
*v.*
*Martha C. Orozco, et al.*

Case No. 09-23705-CIV-LENARD

Jonathan Kroner
FL Bar 328677
420 Lincoln Road, Suite 446
Miami Beach, FL 33139
Tel. 305 310-6046
JK@FloridaFalseClaim.com
Counsel for Relator

Mark A. Lavine
Assistant U.S. Attorney
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
Tel: (305) 961-9003
Fax: (305) 536-4101
E-mail: mark.lavine@usdoj.gov
*Counsel for Plaintiff*