UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23705-CIV-LENARD

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. "JOHN DOE" <br><br> Plaintiff, <br> vs. <br><br> MARTHA C. OROZCO; RAUL MORAL; <br> CM LAB, INC.; MORAL MARKETING <br> SERVICES, INC.; et al. <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER ON UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States;

    6. all orders of this Court shall be sent to the United States; and that

    7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    Dated _____, 2011.

_____
JOAN LENARD
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

## Service List

Mark A. Lavine
Assistant U.S. Attorney
United States Attorney's Office
99 N.E. 4th Street
Miami, FL  33132
Tel:  (305) 961-9003
Fax: (305) 536-4101
E-mail: mark.lavine@usdoj.gov
Counsel for Plaintiff

Jonathan Kroner
FL Bar 328677
420 Lincoln Road, Suite 446
Miami Beach, FL  33139
Tel. 305 310-6046
JK@FloridaFalseClaim.com
Counsel for Relator