UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23705-CIV-LENARD

UNITED STATES OF AMERICA,
ex rel. "JOHN DOE",

        Plaintiff,

v.

MARTHA C. OROZCO; RAUL MORAL;
CM LAB, INC.; MORAL MARKETING
SERVICES, INC.; et al.,

        Defendants.
_____/



FILED by ___ D.C.
JAN 3 1 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. – MIAMI

## ORDER GRANTING UNITED STATES' REQUEST TO UNSEAL DOCUMENTS (D.E. 17)

**THIS CAUSE** is before the Court on the United States' request to unseal documents, raised in connection with its Notice of Election to Decline Intervention (D.E. 17). The United States requested that the Relator's Complaint (D.E. 1), the United States' Notice of Election to Decline Intervention (D.E. 17), and a proposed order granting the United States' request be unsealed. The United States further requested that all future pleadings in this case be filed in the public record. On December 14, 2011, this Court issued an Order (D.E. 18) providing the Relator thirty days to show good cause why the United States' requests should not be granted. To this date, the Relator has not responded. Accordingly, it is **ORDERED AND ADJUDGED** that:

    1.    The United States' request to unseal documents (D.E. 17) is **GRANTED**;

2. The clerk is directed to unseal the Relator's Complaint (D.E. 1), the United States' Notice of Election to Decline Intervention (D.E. 17), and this Order.

3. All future pleadings shall be filed in the public record.

4. All other papers on file in this action shall remain under seal.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 31st day of January, 2012.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE