UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America *ex rel.* John Doe ) <br> The State of Florida *ex rel.* John Doe ) <br>       Plaintiffs, ) <br>       vs. ) <br> ) <br> Martha Orozco, *et al* ) <br> ) <br>       Defendants ) <br> _____ ) | No. 09-23705 CIV LENARD <br><br> **Notice of Dismissal as to All Defendants under FRCP 41(a)(1) and 31 U.S.C. § 3730(b)(1)** |

The *qui tam* plaintiff, pursuant to Federal Rules of Civil Procedure 41(a)(1) and 31 U.S.C. §3730 (b)(1), and before service of the complaint upon the defendants and any response thereto, hereby dismisses this action in its entirety without prejudice to the United States.

The Office of the US Attorney has advised it will be filing a consent to the dismissal.

The Office of the Attorney General of Florida has advised it will be filing a consent to the dismissal

Respectfully submitted,

/s/ *Jonathan Kroner*
Jonathan Kroner
Florida Bar 328677
420 Lincoln Rd., Suite 248
Miami Beach, FL 33139
305.310.6046
JK@FloridaFalseClaim.com
Attorney for Plaintiff-Relator

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date stamped above I electronically filed the foregoing with the Clerk of the Court by using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing: Marc Lavine, Assistant United States Attorney, Erica Waxman, Assistant Attorney General, Florida.