UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-23705-CIV-LENARD

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel.  "JOHN DOE"<br><br>                              Plaintiff,<br>vs.<br><br>MARTHA C. OROZCO; RAUL MORAL;<br>CM LAB, INC.; MORAL MARKETING<br>SERVICES, INC.; et al.<br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES AND STATE OF FLORIDA'S NOTICE OF CONSENT TO DISMISSAL**

On or about March 4, 2012, the Relator filed a Notice of Voluntary Dismissal Without Prejudice of his Complaint.  Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorneys, hereby respectfully notifies the Court that the government consents to the entry of dismissal of Relator's Complaint without prejudice to the rights of the United States.  The United States declines to intervene and consents to Relator's motion for voluntary dismissal to serve the best interests of the United States.

In the interest of judicial economy, the State of Florida, pursuant to the Florida False Claims Act, Fla. Stat. § 68.083(2), has authorized the undersigned counsel to advise the Court of its declination to intervene and consent to Relator's motion for voluntary dismissal.

Dated: May 9, 2012
       Miami, Florida

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    /s Mark Lavine
MARK A. LAVINE
Fla. Bar No. 648876
mark.lavine@usdoj.gov
Assistant U.S. Attorney
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101
Attorneys for United States of America

## CERTIFICATE OF SERVICE

  IT IS HEREBY certified that a true and correct copy of the foregoing **NOTICE OF CONSENT TO DISMISSAL** was served via U.S. Mail to those individuals identified on the attached Service List this __9th_ day of May, 2012:

                ___/s  Mark Lavine_____
                Mark A. Lavine
                Assistant United States Attorney

## SERVICE LIST

*United States of America ex rel. John Doe*
*v.*
*Martha C. Orozco, et al.*

Case No. 09-23705-CIV-LENARD

| | |
|---|---|
| Jonathan Kroner<br>FL Bar 328677<br>420 Lincoln Road, Suite 446<br>Miami Beach, FL  33139<br>Tel. 305 310-6046<br>JK@FloridaFalseClaim.com<br>*Counsel for Relator* | Mark A. Lavine<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>99 N.E. 4th Street<br>Miami, FL   33132<br>Tel:  (305) 961-9003<br>Fax: (305) 536-4101<br>E-mail: mark.lavine@usdoj.gov<br>*Counsel for Plaintiff United States*<br><br>Erica Waxman<br>Assistant Attorney General<br>Office of the Attorney General of Florida<br>444 Brickell Avenue, Suite 650<br>Miami, FL 33131<br>Tel: (305) 377-5441<br>Email: Erica.Waxman@myfloridalegal.com<br>*Counsel for Plaintiff State of Florida* |